# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00142-CV

**James Booksh, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
### NO. GV00-1485, HONORABLE JULIE KOCUREK, JUDGE PRESIDING

Appellant James Booksh filed an unopposed motion to dismiss this appeal, advising that he no longer desires to pursue this appeal.

It appears to the Court that the motion should be granted. Tex. R. App. P. 42.1(a)(2). Accordingly, this appeal is dismissed on appellant's unopposed motion.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Patterson and Puryear

Dismissed on Appellant's Unopposed Motion

Filed:   April 18, 2002

Do Not Publish